IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALAN MACFARLAN, :
:
       Plaintiff, : CIVIL ACTION
:
 v. : NO. 09-cv-2246
:
IVY HILL SNF, LLC, :
:
       Defendant. :

**ORDER**

AND NOW, this 28th day of July, 2010, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 18) and responses thereto, it is hereby ORDERED that the Motion is DENIED as to Plaintiff's claim in Count I pursuant to 29 U.S.C. § 2615(a)(1), and that the Motion is GRANTED and summary judgment is entered in Defendant's favor in all other respects.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.